ACCEPTED
01-15-00831-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 9:51:44 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00831

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 9:51:44 AM
CHRISTOPHER A. PRINE
Clerk

ELIZABETH DAUZ,

*Appellant,*

V.

TEAM 360, LLC,

THAI KLAM.

*Appellees.*

SECOND MOTION TO ABATE APPEAL

On Appeal from Cause 2014-29743
In the 125TH Judicial District Court
Of Harris County, Texas
Hon. Kyle Carter, Judge Presiding

RICARDO GUERRA
Lead Counsel for Appellant
State Bar No. 24074331
ERIC DAYS
State Bar No. 24082907
BRENT SMITH
State Bar No. 24083875
Law Offices of Rick Guerra
2211 Rayford Rd. Ste. 111 #134
Spring, TX 77386
Direct: 281-760-4295
FAX: 866-325-0341

Elizabeth Dauz TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5, the Appellant, Elizabeth Dauz, files this Second Motion to Abate Appeal until the Trial Court makes a determination on Appellant/Plaintiff's Motion for Reconsideration.

The judgment appealed from was signed on September 9, 2015. The appeal was from an interlocutory order. The Trial Court's order did not have, permissive interlocutory appeal language in the order. The Trial Court held a hearing on several motions for Summary Judgment on November 16, 2015, and granted summary judgment for all defendants.

However, Appellant contends there were claims that were not heard at the November 16, 2015 hearing, and could not have been adjudicated or disposed of with the Trial Court's entry of its omnibus order. Appellant/Plaintiff's Motion for Reconsideration seeks to clear up any procedural complications of appellate jurisdiction to allow all parties to properly brief the Appellate Court for a determination on the merits rather than simply jurisdictional complications that may further delay litigation.

The Appellant believes justice will be better served by abating this appeal until that time when all matters, issues, claims and parties that may be taken up on appeal can be included in one appeal.

This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Second Motion to Abate the Appeal until all the Trial Court's determination on these other matters is made, and all appealable issues can be put before the Appellate Court. Appellant all other relief to which it may be entitled.

Respectfully submitted,

Law Offices of Rick Guerra

/s/ *Ricardo Guerra*
Ricardo Guerra
State Bar No. 24074331
Email: service@rickguerra.com
2211 Rayford Rd. Ste 111 #134
Spring, TX 77386
Direct: 281-760-4295
Fax: 866-325-0341
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I certify that on December 14, 2015, a true and correct copy of Second Motion to Abate Appeal was served via e-filing on all counsel of record.

/s/ *Ricardo Guerra*
RICARDO GUERRA